FILED
2019 Jun-12 PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

ROBERT STEED,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　Plaintiff,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　) Case No. 1:18-cv-01687-VEH-SGC
　　　　　　　　　　　　　　　　　　　)
WARDEN ROMERO, et al.,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　Defendants.　　　　　　　　　　　　)

## MEMORANDUM OPINION

On May 14, 2019, the magistrate judge entered a report recommending this matter be dismissed without prejudice for failure to prosecute. (Doc. 12). Although the report and recommendation advised the plaintiff of his right to file specific written objections within fourteen days, the plaintiff has not filed objections or otherwise responded.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. This action is therefore due to be dismissed without prejudice for failure to prosecute.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 12th day of June, 2019.

------

**VIRGINIA EMERSON HOPKINS**
Senior United States District Judge